IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| KLUKWAN, INC. AND THE GENERAL INCOME TRUST, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Case No. 1:13-cv-00002-TMB |
| XL SPECIALTY INSURANCE COMPANY, a Delaware Corporation, Licensed to Business in Alaska Under ID 8085, | ) ) ) ) | |
| Defendant. | ) ) | |
| XL SPECIALTY INSURANCE COMPANY, a Delaware Corporation, Licensed to Business in Alaska Under ID 8085, | ) ) ) ) | |
| Counterclaimant, | ) ) | |
| KLUKWAN, INC. AND THE GENERAL INCOME TRUST; DAVID BERRY, JR., an individual; EDWARD HOTCH, an individual; JANICE HOTCH, an individual; JOHN KATZEEK, an individual; LESLIE KATZEEK, an individual; CHAD STRONG, an individual; RALPH STRONG, an individual, | ) ) ) ) ) ) ) ) ) | ORDER OF DISMISSAL WITH PREJUDICE |
| Counterdefendants. | ) ) | |

Based upon the stipulation of the parties, all of the claims asserted by plaintiffs, Klukwan Inc. and The General Income Trust, against defendant/counterclaimant, XL Specialty Insurance Company, and the counterclaims asserted by defendant/counterclaimant, XL Specialty Insurance Company, against counterdefendants, Klukwan Inc. and The General Income Trust, David Berry, Jr., Edward Hotch, Janice Hotch, John Katzeek, Leslie Katzeek, Chad Strong, and

Ralph Strong, are hereby dismissed in their entirety and with prejudice, each side bearing its own costs and attorney's fees.

DATED at Anchorage, Alaska, this 7th day of January, 2015.

/s/ Timothy M. Burgess
TIMOTHY M. BURGESS
UNITED STATES DISTRICT COURT JUDGE